**JUDGE SWEET**    **09 CV 3255**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MBIA INSURANCE CORPORATION, | ) |
| Plaintiff, | ) |
| - against - | ) Case No. _____ |
| PATRIARCH PARTNERS VIII, LLC, a Delaware limited liability company, and LD INVESTMENTS, LLC, a Delaware limited liability company, | ) |
| Defendants. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/09

## PROPOSED ORDER

Upon consideration of the motion dated April 3, 2009 by Plaintiff MBIA Insurance Corporation for an Order permitting the complaint (the "Complaint") against Defendants Patriarch Partners VIII, LLC and LD Investments, LLC, and the exhibit thereto, to be filed under seal, and good and sufficient cause being shown therefor, **IT IS HEREBY ORDERED** that the Complaint, and the exhibit thereto, shall be held under seal by the Clerk of the Court and shall not be open to examination by the public.

Entered this 3²ᵈ day of April, 2009.

_____
United States District Judge
PART I