IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MBIA INSURANCE CORPORATION,<br><br>         Plaintiff,<br><br>—against—<br><br>PATRIARCH PARTNERS VIII, LLC, a Delaware limited liability company, and LD INVESTMENTS, LLC, a Delaware limited liability company,<br><br>         Defendants. | 09 Civ. 3255 (RWS) |

## **RULE 7.1 STATEMENT**

Defendants Patriarch Partners VIII, LLC ("Patriarch") and LD Investments, LLC, ("LDI"), by and through their undersigned attorneys, hereby certify that Patriarch's parent company is LDI, which has no parent company, and that there is no publicly held company that has an ownership interest of 10% or more in either Patriarch or LDI.

Date: New York, New York
    May 27, 2009

Respectfully submitted,

By: */s/ Hillary Richard*

  Hillary Richard (HR-6941)
  David Elbaum (DE-5132)
  Charles Michael (CM-0303)
  BRUNE & RICHARD LLP
  80 Broad St., 30th Fl.
  Tel:  (212) 668-1900
  Fax:  (212) 668-0315

  *Counsel for defendants*
  *Patriarch Partners VIII, LLC and*
  *LD Investments, LLC*

48853