IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MBIA INSURANCE CORPORATION,

Plaintiff,

—against—

PATRIARCH PARTNERS VIII, LLC, a
Delaware limited liability company, and LD
INVESTMENTS, LLC, a Delaware limited
liability company,

Defendants.

09 Civ. 3255 (RWS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9 11 09

## [PROPOSED] CASE MANAGEMENT PLAN

1.    The following deadlines shall apply to the above case:

| Event | Deadline |
|---|---|
| Completion of Document Discovery | November 6, 2009 |
| Completion of Fact Discovery | February 26, 2010 |
| Designation of Expert(s) / Exchange of Expert Reports | April 16, 2010 |
| Designation of Rebuttal Expert(s) / Exchange of Rebuttal Expert Reports | May 27, 2010 |
| Completion of Expert Depositions | June 25, 2010 |
| Completion of All Discovery | June 25, 2010 |
| Filing of Case Dispositive Motions | August 6, 2010 |

2.    The parties may agree to amend any of the above deadlines without leave of the Court, so long as the amendments do not change the date for completion of all discovery.

3.    The parties shall submit a Joint Pretrial Order, in accordance with the Court's Individual Practices, by the later of October 1, 2010, or, if any party has moved for summary judgment, 30 days after the Court's decision on all summary judgment motion(s) is entered on the Court's docket.

Date:   New York, New York
        August 24, 2009

SO ORDERED:

Hon. Robert W. Sweet
United States District Judge

2