UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

MBIA INSURANCE CORPORATION,

Plaintiff,

- against -

PATRIARCH PARTNERS VIII, LLC, a Delaware limited liability company, and LD INVESTMENTS, LLC, a Delaware limited liability company,

Defendants.

----------------------------------------X

09 Civ. 3255 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/12

**Sweet, D.J.**

The Defendants' motion in limine will be heard at noon on Wednesday, June 13, 2012 in courtroom 18C. All motion papers shall be served in accordance with the schedule agreed upon by the parties.

It is so ordered.

**New York, NY**
**May 7 , 2012**

**ROBERT W. SWEET**
**U.S.D.J.**